AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**

MAY 0 8 2019

**David J. Bradley, Clerk of Court**

In the Matter of the Search of                    )
*(Briefly describe the property to be searched*    )
*or identify the person by name and address)*     )   Case No. 13-19-556-MJ
███████████████                                    )
Brownsville, Texas 78521                           )
                                                   )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachement A

located in the _____Southern_____ District of _____Texas_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachement B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324 | Knowingly harboring and transporting undocumented aliens, and conspiring with others to do the same. |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Samuel Gallegos, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/08/2019

_____
Judge's signature

City and state: Brownsville, Texas

U.S. Magistrate Judge Ronald G. Morgan
*Printed name and title*

## ATTACHMENT A

The property to be searched is:

The property is located at ███████ Street, Brownsville, Texas 78521 (25.907568, -97.462105). The property is located east of the intersection of Stanolind Avenue and East 30th Street in Brownsville, Texas. It is a single dwelling with an open carport in the front right. See pictures of property below:





## ATTACHMENT B

## ITEMS TO BE SEIZED

1. Any and all items used in illegal alien smuggling activities (including but not limited to undocumented aliens), such as immigration documents (including but not limited to birth certificates), rosters, photos, money wire transactions (including but not limited to) receipts (from Western Union, Money Gram, Barri, etc.), money order receipts, records, notes, ledgers, bank records, papers/documents relating to illegal alien smuggling foreign recruitment, wireless telephones (their digital contents), address books, papers reflecting names, addresses, telephone numbers and/or records relating to individuals associated with illegal alien smuggling, weapons (including but not limited to handguns and long arms), and any evidence which may have been kept from smuggled aliens who were being transported, harbored, concealed and or shielded from Border Patrol Agents which constitutes evidence of the commission of the criminal offense for illegal alien smuggling violations.

2. Any and all correspondence, in whatever form, pertaining to the possession, receipt of distribution of smuggled aliens, respondents and associates, including but not limiting to rosters, photos, money wire transmissions and receipts from Western Union, money order receipts, records, computers and other electronic storage media, notes, ledgers, bank records, papers/documents relating to illegal alien smuggling foreign recruitment, telephone and address books, papers reflecting names, addresses, telephone numbers and /or records relating to individuals associated with illegal alien smuggling.

3. Any and all records evidencing occupancy and ownership of the premises known and described in attachment A, including, but not limited to, utility and telephone bills.

4. Any and all wireless telephones and the data therein, and wireless telephone accessories, including but not limited to wireless telephones located within the residence.

5. Safes, or other locked containers and their contents.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
**FILED**

MAY 08 2019

David J. Bradley, Clerk of Court

In the Matter of the Search of a

▬▬▬▬▬▬▬▬

Brownsville, Texas 78521

§
§
§
§
§
§

~~Criminal~~ No. *B-19-556-MJ*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Samuel Gallegos, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Federal Rules Criminal Procedures 41 for a search warrant authorizing the search of the property described in Attachment B.

2. I am an Agent with BP assigned to the Rio Grande Valley Border Patrol Sector East Field Intelligence Team (FIT) in Olmito, Texas. I have served as a BP Agent since March 2006 and have been assigned to the FIT since September 2013. I am a law enforcement officer of the U.S., within the meaning of 18 U.S.C. § 2510(7), who is empowered to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes

3. During my career, I have been a part of numerous arrests linked to harboring and transporting of undocumented aliens. Through these arrests, along with my training and experience and conversations with other agents and law-enforcement personnel, I have become familiar with the methods used by human smugglers to smuggle and safeguard undocumented aliens and to thwart or evade investigations of their trafficking organizations.

4. Human smugglers often place assets in names other than their own to avoid detection of these assets by law enforcement officers and even though these assets are in the names of other persons, the human smugglers actually own, control, and continue to use these assets and exercise dominion and control over them.

1

5. This affidavit is made in support of an application for a search warrant to search the locations described in Attachment A, in connection with an ongoing Border Patrol investigation of alleged violations of title 8, United States Codes (U.S.C.), Section 1324.

6. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all facts known to me or other agents concerning this investigation. This affidavit was approved for filing by Assistant United States Attorney Paul Marian.

## Probable Cause

7. On April 9, 2019, Rio Grande Valley Field Intelligence Team (FIT East) apprehended a one on twenty-six criminal alien harboring case at ▬▬▬▬▬▬▬▬▬▬ Brownsville, Texas. Luis Andres Guadalupe Medel was arrested as the principal. Through interviews of the twenty-six illegal aliens apprehended, Amanda Miguel Ramirez was identified as Medel's significant other and co-principal on this smuggling event. Material witnesses were able to positively identify Ramirez via photo lineup. One of the twenty-six illegal aliens apprehended claimed to have been assaulted, and positively identified Ramirez as the aggressor. A separate case was filed with Brownsville Police Department for the assault incident.

8. On May 1, 2019, FIT East received phone tolls on Medel from the Cameron County Detention Center. Phones tolls requested were from April 11, 2019 through April 28, 2019. The majority of Medel's calls were to Ramirez. Conversations between Medel and Ramirez depicted the planning of harboring and transporting illegal aliens between the two. On a particular call dated April 14, 2019, Ramirez states to Medel that she was harboring nine illegal aliens at her residence (▬▬▬ ▬▬▬ Street, Brownsville, Texas). Furthermore, phone tolls reveled Ramirez was in possession of Medel's cellular phone (361-▬▬▬▬) and her cellular phone (956-▬▬▬▬).

9. On May 1, 2019, Brownsville Sector Intelligence Unit (BRP SIU) conducted a post arrest interview of Miguel Angel Arvizu-De La Rosa. Arvizu-De La Rosa is a self-admitted foot guide working in the Brownville Border Patrol Station area of operation. Consent to search Arvizu-De La Rosa cellular device was requested and granted. Arvizu-De La Rosa had two contacts saved under "Prima" (361-▬▬▬▬) and "Mudaa" (956-▬▬▬▬). The number under "Prima" was previously identified belonging to Luis Medel (aka "Mudo"). Arvizu-De La Rosa identified the contact under "Mudaa" as a person he would contact when he needed to be picked up, after successfully guiding a

2

group of illegal aliens into the United States. Arvizu-De La Rosa mentioned "Mudaa" had picked him up on four separate occasions. The last time "Mudaa" had picked him up was approximately three weeks ago along with eight illegal aliens. Arvizu-De La Rosa stated "Mudaa" took him and the illegal aliens to ███████████████ in Brownsville, Texas. Arvizu-De La Rosa was shown a photo lineup and was able to positively identify Amanda Miguel Ramirez as the person who picked him and the illegal aliens he successfully crossed into the United States on four separate occasions.

10. On May 4, 2019, Harlingen Border Patrol Agents apprehended twelve illegal aliens in Norias, Texas. During the interviews of the illegal aliens, one of the subjects was able to positively identify Ramirez as the subject who harbored him and identify ██████████, Brownsville, Texas as the residence where he was harbored. Subject further stated that when he arrived at the residence there were approximately eighty illegal aliens upon his arrival and fifty illegal aliens when he departed.

11. Your affiant knows that human smuggling is often a conspiratorial crime. Individuals involved in these activities often use mobile telephones to communicate with others who may act as scouts, drivers, stash house operators, and assist in the commission of the offenses. These mobile phones will retain the evidence of illegal alien smuggling in the form of digital data from the phone calls, texts, and photos sent in furtherance of the illegal alien smuggling conspiracy. It is further known that human smugglers use vehicles to illegally transport aliens. Vehicles are known to have pocket trash, receipts, and other evidence of human smuggling. Human smugglers often keep ledgers, receipts, and notebooks, as well as multiple mobile phones. Human smugglers are known to harbor illegal aliens in any structure on a property to include sheds. Human smugglers are known to maintain weapons for intimidation as well as to prevent other smugglers from stealing illegal aliens. The property described in Attachment A is likely to contain automobiles, structures, ledgers, receipts, mobile phones and electronic records relating to the offenses and information that can lead to the identification of co-conspirators, as well as immigration and identity documents, correspondence, and safes to contain all of the above. The illegal alien smugglers' homes and electronic devices are likely to contain pictures of wire transfers and identity documents as well as texts coordinating illegal alien smuggling events.

## CONCLUSION

12. I submit that this affidavit supports probable cause for a warrant to search property in Attachment A and seize the items described in Attachment B.

Respectfully submitted,

*(signature)*

Samuel Gallegos
Border Patrol Agent
United States Border Patrol

Subscribed and sworn to before me on May 8, 2019:

*(signature)*

HON. RONALD G. MORGAN
UNITED STATES MAGISTRATE JUDGE